WALD-GREEN FOOD CORPORATION, Respondent, *v.* ACME FAST FREIGHT, INC., Appellant.

Supreme Court, Appellate Term, Second Department, November 1, 1951.

*Paul A. Crouch* for appellant.

*Isador Goetz* for respondent.

Judgment affirmed, with $25 costs.

Concur: FENNELLY, WALSH and BELDOCK, JJ.